AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA
V.

JEREMY CHAD POWELL

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 3:05M3002-001
USM Number: 06318-010

Jack Schisler
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to violation of condition(s) of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #1 | Leaving Judicial District Without Permission of Court of Probation Officer | 01/14/2009 |
| Standard Condition #2 | Failure to Submit Truthful Written Report | 01/14/2009 |
| Standard Monetary Condition | Failure to Make Monthly Restitution Payments | 01/14/2009 |
| Standard Condition #7 | Tested Positive for Marijuana on 03/16/09 | 03/16/2009 |
| Standard Condition #7 | Tested Positive for Amphetamines and Marijuana on 07/28/2009 | 07/28/2009 |

The defendant is sentenced as provided on page __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-3282

Defendant's Date of Birth: XX/XX/1980

Defendant's Residence Address:
XXXXXXXXXXXXXXXXX
Harrison, AR 72601

Defendant's Mailing Address:
Same as above

August 11, 2009
Date of Imposition of Judgment

_/s/ J. Marschewski_
Signature of Judge

Honorable James R. Marschewski, United States Magistrate Judge
Name and Title of Judge

8/14/09
Date

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 19 2009
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

DEFENDANT: JEREMY CHAD POWELL
CASE NUMBER: 3:05M3002-001

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **four (4) months. No supervision will follow term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

X The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

X as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL